UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Tamara D Schmitt                    §    Case No. 14-05450
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tamara Schmitt |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Discover Financial Services PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Kohl's P. O. Box 2983 Milwaukee, WI 53201 | | | | | |
| | Sears MasterCard PO Box 6401 The Lakes, NV 88901 | | | | | |
| | The Children's Place P.O. Box 183015 Columbus, OH 43218-3015 | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | N. A. Capital One | | | | | |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| | DISCOVER BANK | | | | | |
| | N. A. Capital One | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-05450 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Tamara D Schmitt | | | | Date Filed (f) or Converted (c): | 02/20/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1910 Long Ridge Court, Plainfield Il 60586 | 130,000.00 | 7,700.00 | | 11,000.00 | FA |
| 2. Checking Account - Bmo Harris | 100.00 | 100.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods, Furniture & Furnishings. | 900.00 | 900.00 | | 0.00 | FA |
| 4. Wearing Apparel | 60.00 | 60.00 | | 0.00 | FA |
| 5. 401-K - Edward Hospital | 0.00 | 0.00 | | 0.00 | FA |
| 6. 1998 Ford | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. 2003 Honda | 3,000.00 | 3,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $135,060.00 | $12,760.00 | | $11,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Agreement reached to sell interest in home back to Debtor for payment of $11,000. - Joji Takada 7/24/2014

Installment payments made pursuant to compromise; TFR to be prepared/filed. - Joji Takada 11/30/2014

RE PROP #      1  --   Compromise interest in real estate with debtor

Initial Projected Date of Final Report (TFR): 02/20/2015       Current Projected Date of Final Report (TFR): 02/20/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-05450 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Tamara D Schmitt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9942 |
| | Checking |
| Taxpayer ID No: XX-XXX3791 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8249 | Transfer of Funds | 9999-000 | $10,939.37 | | $10,939.37 |
| 02/12/15 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,727.85 | $9,211.52 |
| 02/12/15 | 1002 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | | | $5,296.41 | $3,915.11 |
| | | | ($6.23) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution per court order. ($5,290.18) | 7100-000 | | | |
| 02/12/15 | 1003 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | | | $476.75 | $3,438.36 |
| | | | ($0.56) | 7990-000 | | | |
| | | N. A. Capital One | Final distribution per court order. ($476.19) | 7100-000 | | | |
| 02/12/15 | 1004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | | | $2,024.44 | $1,413.92 |
| | | | ($2.38) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution per court order. ($2,022.06) | 7100-000 | | | |
| 02/12/15 | 1005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | | | $192.41 | $1,221.51 |

| | | | Page Subtotals: | | $10,939.37 | $9,717.86 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-05450 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Tamara D Schmitt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9942 |
| | Checking |
| Taxpayer ID No: XX-XXX3791 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($0.23) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution per court order. ($192.18) | 7100-000 | | | |
| 02/12/15 | 1006 | Tamara Schmitt 1910 Long Ridge Court Plainfield, Illinois 60586 | Distribution of surplus funds to debtor. | 8200-002 | | $1,221.51 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,939.37 | $10,939.37 |
| Less: Bank Transfers/CD's | $10,939.37 | $0.00 |
| Subtotal | $0.00 | $10,939.37 |
| Less: Payments to Debtors | $0.00 | $1,221.51 |
| Net | $0.00 | $9,717.86 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,221.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-05450 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Tamara D Schmitt | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8249 |
| | Checking |
| Taxpayer ID No: XX-XXX3791 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/14 | 1 | Tamara Schmitt | Settlement payment Installment payment re compromise of real estate | 1110-000 | $5,000.00 | | $5,000.00 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 10/01/14 | 1 | Tamara Schmitt | Settlement payment Final payment re: compromise of primary residence | 1110-000 | $6,000.00 | | $10,980.00 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,970.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.87 | $10,955.13 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.76 | $10,939.37 |
| 01/26/15 | | Transfer to Acct # xxxxxx9942 | Transfer of Funds | 9999-000 | | $10,939.37 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,000.00 | $11,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,939.37 |
| Subtotal | $11,000.00 | $60.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,000.00 | $60.63 |

Page Subtotals:    $11,000.00    $11,000.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8249 - Checking | $11,000.00 | $60.63 | $0.00 |
| XXXXXX9942 - Checking | $0.00 | $9,717.86 | $0.00 |
|  | $11,000.00 | $9,778.49 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $11,000.00 |
| Total Gross Receipts: | $11,000.00 |

Page Subtotals:     $0.00     $0.00